```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
R. ALEXANDER ACOSTA, Secretary of Labor,
United States Department of Labor,

                       Plaintiff,
                                                                    JUDGMENT
                                                                    18-cv-319-ARR-RML
              v.

LOCAL 101, TRANSPORT WORKERS
UNION OF AMERICA AFL-CIO,

                       Defendant.
------------------------------------------------------------ X
```

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 10, 2018, granting Defendant Local 101's motion for summary judgment; and denying Plaintiff's cross-motion for summary judgment; it is

ORDERED and ADJUDGED that Defendant Local 101's motion for summary judgment is granted; and that Plaintiff's cross-motion for summary judgment is denied.

Dated: Brooklyn, NY                                  Douglas C. Palmer
September 10, 2018                                   Clerk of Court


                                                     By: /s/*Jalitza Poveda*
                                                             Deputy Clerk